IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANDRA ENGLISH,
   *Plaintiff*,

v.

DONALD J. TRUMP and
JOHN M. MULVANEY,
   *Defendants*.

Case No. 1:17-cv-02534

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of the plaintiff's motion for a temporary restraining order and accompanying memorandum in support, it is hereby

ORDERED that defendant Donald J. Trump shall refrain from appointing any individual to the position of Acting Director of the Consumer Financial Protection Bureau, recognizing any individual other than plaintiff as the holder of that office, or causing any person to recognize someone other than plaintiff as the holder of that office, until further orders are issued by this Court. The President shall withdraw any purported appointment of an Acting Director made since the resignation of Richard Cordray from the position of Director. This order shall not be construed in any way to prevent the President from appointing a Director of the Bureau via the usual process of nomination before the United States Senate. It is further

ORDERED that defendant John Mulvaney shall refrain from accepting any appointment to the position of acting Director of the Consumer Financial Protection Bureau, or exercising or asserting in any way the authority of that office, until further orders are issued by this Court.

DATE: _____
TIME: _____

        _____[Signature]_____

1