IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANDRA ENGLISH,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>DONALD J. TRUMP, and<br>JOHN MICHAEL MULVANEY,<br><br>　　　　　*Defendants*. | Case No. 17-cv-2534 |

**DECLARATION OF DEEPAK GUPTA UNDER LOCAL RULE 65.1(B)**

I, Deepak Gupta, declare as follows:

　　1.　　I am the lead counsel for the plaintiff, Leandra English, and an attorney at the law firm of Gupta Wessler PLLC, with offices at 1900 L Street, NW, Washington, DC 20036. I am making this declaration in support of the plaintiff's motion for a temporary restraining order and to comply with Local Rule 65.1. The statements in this declaration are based on my personal knowledge, research conducted for this case, and my communications with the Court and with opposing counsel at the U.S. Department of Justice.

　　2.　　I filed an emergency application on behalf of Ms. English outside of the Court's regular business hours. I was unable to provide notice to the Clerk of this Court ahead of time during regular business hours, as Local Rule 65.1(b) requests counsel to do if possible.

　　3.　　It was not possible to notify the Clerk of this emergency application during regular business hours because the bases for this suit and emergency application for relief were not evident as of the Clerk's Office closing time of 4:00pm on Friday, November 24, 2017. As of that time, it was not yet clear that defendant Donald J. Trump would take immediate action to attempt to appoint defendant John Michael Mulvaney to the position of Acting Director of the

Consumer Financial Protection Bureau. Nor was it clear that Mr. Mulvaney would immediately begin exercising his claimed authority in that role.

4. Since the Clerk's Office was last open, press reports and statements by government officials have indicated that the defendants regard Mr. Mulvaney to be the Acting Director or soon-to-be Acting Director of the CFPB, and expect him to begin asserting his authority in that capacity within hours of this filing (if he has not already begun to do so). The New York Times, for instance, reported on Saturday, November 25, that officials in the President's administration expect Mr. Mulvaney to "show up Monday, go into the office and start working." Stacy Cowley and Emily Cochrane, *Who Will Be Running Consumer Agency on Monday? It's Unclear*, New York Times (Nov. 25, 2017), https://goo.gl/qmUpge; *see also* Jim Puzzanghera, *White House says it's on solid legal ground in making Mulvaney acting consumer bureau chief*, L.A. Times (Nov. 26, 2017), https://goo.gl/tnA6JC.

5. Because these reports emerged after the Clerk's Office was closed for the weekend, it was not possible to provide advance notice of plaintiff's emergency application for a temporary restraining order.

6. Since filing this case, I have provided notice of the case as well as copies of all filings via email to Brett Shumate, Deputy Assistant Attorney General, Federal Programs Branch, U.S. Department of Justice. Mr. Shumate has acknowledged the filing of the case, confirmed that he represents the defendants in this matter, and responded to my email.

7. Since filing plaintiff's emergency motion for a temporary restraining order, I have called the U.S. Marshals Service Communications Center, as suggested by the order on the Court's web site providing for emergency assignment judges, and requested that the assignment judge be notified of our filings. The officer who answered the phone suggested that I file physical copies of the emergency motion and accompanying documents in the dropbox at the Court

before the Court's opening hours. We are making the necessary arrangements to follow that suggestion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 27, 2017                     Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta (D.C. Bar No. 495451)