**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANDRA ENGLISH,          )<br>                                         )<br>     Plaintiff,                    )<br>                                         )<br>     v.                               )     No. 1:17-cv-02534<br>                                         )<br>DONALD J. TRUMP and  )<br>JOHN MICHAEL MULVANEY,  )<br>                                         )<br>     Defendants.              )<br>                                         ) | |

**NOTICE OF APPEARANCE**

Please take notice that Matthew J. Berns of the United States Department of Justice hereby enters his appearance in the above-captioned matter as counsel for Defendants.

Dated: November 27, 2017

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

 /s/  Matthew J. Berns
MATTHEW J. BERNS (DC Bar # 998094)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8016
(202) 616-8470 (fax)
matthew.j.berns@usdoj.gov

*Counsel for Defendants*