## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEANDRA ENGLISH,
    *Plaintiff*,

 v.

DONALD J. TRUMP and
JOHN M. MULVANEY,
    *Defendants*.

Case No. 1:17-cv-02534

## PLAINTIFF'S ERRATA MOTION

Pursuant to the filing requirements of the Court, plaintiff Leandra English requests leave to electronically file the attached documents submitted in hard copy form to the Court earlier today. The attached complaint, motion, and memorandum have been corrected to bear counsel's original signature. No alteration to the substance of the documents has been made.

    Respectfully submitted,

    */s/ Deepak Gupta*
    DEEPAK GUPTA (D.C. Bar No. 495451)
    MATTHEW WESSLER (D.C. Bar No. 985241)
    RACHEL BLOOMEKATZ (*pro hac vice* application to be filed)
    JOSHUA MATZ (*pro hac vice* application to be filed)
    DANIEL TOWNSEND (*pro hac vice* application to be filed)
    **GUPTA WESSLER PLLC**
    1900 L Street, NW, Suite 312
    Washington, DC 20036
    Phone: (202) 888-1741
    Fax: (202) 888-7792
    *deepak@guptawessler.com*

November 27, 2017    *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing errata motion through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta