## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANDRA ENGLISH,<br><br>      Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP and<br>JOHN MICHAEL MULVANEY,<br><br>      Defendants. | No. 1:17-cv-02534-TJK |

### NOTICE OF APPEARANCE

Please take notice that Benjamin T. Takemoto of the United States Department of Justice hereby enters his appearance in the above-captioned matter as counsel for Defendants.

Dated: November 27, 2017

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

MATTHEW J. BERNS
(DC Bar # 998094)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8016
(202) 616-8470 (fax)
matthew.j.berns@usdoj.gov

– 2 –

*/s/ Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20530
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Counsel for Defendants*