**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANDRA ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-02534-TJK |
| ) | |
| DONALD J. TRUMP and ) | |
| JOHN MICHAEL MULVANEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please take notice that Brett A. Shumate, Deputy Assistant Attorney General for the Federal Programs Branch, Civil Division, United States Department of Justice, enters his appearance on behalf of Defendants in the above-captioned case.

DATED: November 29, 2017

CHAD A. READLER
Principal Deputy Assistant Attorney General

JESSIE K. LIU
United States Attorney

*/s/ Brett A. Shumate*
BRETT A. SHUMATE (D.C. Bar # 974673)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 514-2331
E-mail: brett.a.shumate@usdoj.gov

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

MATTHEW J. BERNS (DC Bar # 998094)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 616-8016
Fax: (202) 616-8470
E-mail: matthew.j.berns@usdoj.gov

BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7109
Washington, DC 20530
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*