**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE 202 888 1741

Deepak Gupta
Gupta Wessler PLLC
1900 L St, NW, Suite 312
Washington, DC 20036

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.       Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (     )

Civil Process Clerk,
US Attorney's Office,
555 4th St, NW
Washington, DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 5 3 0 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EL 878200854 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP | ☐ 2-Day | ☐ Military | ☐ DPO |

| | Scheduled Delivery Date (MM/DD/YY) | Postage |
| | | $ 23.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 11/29/17 | ☐ 10:30 AM  ☐ 3:00 PM | $ | |
| | ☐ 12 NOON | | |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 3:14 ☐ AM ☐ PM | $ | $ 7.75 | |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| $ | $ | $ 31.50 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
| lbs. oz. | | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016       PSN 7690-02-000-9996       **2-CUSTOMER COPY**

# USPS Tracking®

FAQs  ›  (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** EL878200854US                                Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 30
NOVEMBER
2017 ⓘ

by
# 12:00pm ⓘ

---

## ⊘ Delivered

December 1, 2017 at 6:14 am
DELIVERED
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Proof of Delivery**                                                 ⌄

---

**Tracking History**                                                  ⌄

---

**Product Information**                                               ⌄

---

## See Less ⌃

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 202-555-1741

Deepak Gupta
Gupta Wessler PLLC
1900 L St, NW, Suite 312
Washington DC 20036

‖‖‖‖‖‖‖‖‖‖‖‖‖
EL 946038863 US

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (     )

Attorney General of the US.
950 Pennsylvania Ave, NW
Washington DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 5 3 0 - 0 0 0 1

‖ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
‖ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016     PSN 7690-02-000-9996     **2-CUSTOMER COPY**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| ☐ 2-Day | ☐ Military | ☐ DPO |
| Scheduled Delivery Date (MM/DD/YY) 11/30/17 | Postage $ 23.75 | |
| Date Accepted (MM/DD/YY) 11/29/17 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted 3:05 ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ 2.75 | Live Animal Transportation Fee |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.50 | |
| Weight ☐ Flat Rate  lbs.  ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package ✛

**Tracking Number:** EL946038863US

Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 30 NOVEMBER 2017 �घ

## by 12:00pm ⓘ

## ⊘ Delivered

December 1, 2017 at 6:14 am
DELIVERED
WASHINGTON, DC 20530

Get Updates ⌄

| Text & Email Updates | ⌄ |
| --- | --- |
| Proof of Delivery | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 202 888 1741

Deepak Gupta
Gupta Wessler PLLC
1900 L St, NW, Suite 312
Washington DC 20036

EL 946038925 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY**
**★ MAIL ★**
**EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No      Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Donald J Trump,
President of the US,
1600 Pennsylvania Ave, NW
Washington, DC
ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 0 0 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) 11/31/17 | Postage $ 23.75 | |
| Date Accepted (MM/DD/YY) 11/21/17 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☑ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ 2.75 | Live Animal Transportation Fee |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.50 | |
| Weight ☐ Flat Rate | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** EL946038925US

Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 30 NOVEMBER 2017 ⓘ

by

# 12:00pm ⓘ

## ⊘ Delivered

December 1, 2017 at 3:54 am
DELIVERED, TO AGENT
WASHINGTON, DC 20500

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Proof of Delivery** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

## See Less ⌃

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 202 )-888-1741

Deepak Gupta
Gupta Wessler PLLC
1900 L St, NW, Suite 312
Washington DC 20036

EL 878200845 US

**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL EXPRESS**™

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (    )

John Michael Mulvaney
725 17th St, NW
Washington DC, ~~2~~

ZIP + 4® (U.S. ADDRESSES ONLY)

20503-__ __ __

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

| | | |
|---|---|---|
| PO ZIP Code | ☐ 2-Day | ☐ Military | ☐ DPO |
| 20037 | Scheduled Delivery Date (MM/DD/YY) 11/30/17 | Postage $29.75 | |
| Date Accepted (MM/DD/YY) 11/29/17 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee |
| Time Accepted 3:12 ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ .75 | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.50 | |
| Weight | Flat Rate | Acceptance Employee Initials | |
| 2 | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

# USPS Tracking®

FAQs  >  (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

Tracking Number: EL878200845US

Remove ✕

**Scheduled Delivery by**

# THURSDAY
# 30 NOVEMBER 2017 ⓘ

by
## 12:00pm ⓘ

## ⊘ Delivered

December 1, 2017 at 3:54 am
DELIVERED, TO AGENT
WASHINGTON, DC 20500

Get Updates ⌄

---

**Text & Email Updates**                                    ⌄

---

**Proof of Delivery**                                       ⌄

---

**Tracking History**                                        ⌄

---

**Product Information**                                     ⌄

---

See Less ⌃