**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANDRA ENGLISH, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-02534 |
| DONALD J. TRUMP and JOHN MICHAEL MULVANEY, | ) |
| Defendants. | ) |

**DEFENDANTS' PROPOSED SCHEDULE**

Defendants respectfully submit this Proposed Schedule pursuant to the Court's Minute Order of November 29, 2017, which directed the parties to "meet and confer, and submit, by December 1, 2017, a joint proposed schedule for briefing the merits and/or for briefing a preliminary injunction, should one be filed by Plaintiff by then." The Court further ordered the parties to "submit separate proposed schedules" if they cannot agree on a joint proposed schedule.

The parties met and conferred on the afternoon of December 1, when counsel for Plaintiff advised counsel for Defendants for the first time that Plaintiff intends to file a motion for a preliminary injunction and indicated an intent to file their motion on or about December 5. Under the Rules, Defendants' response to a preliminary injunction motion filed on December 5 would be due on December 12, L. Civ. R. 65.1(c), and Defendants' response to the Complaint would be due within 60 days of service, Fed. R. Civ. P. 12(a)(2), which Defendants tentatively believe would fall on January 30, 2018. *See* ECF No. 17.

In order to meet Plaintiff half way, Defendants propose that briefing on Plaintiff's anticipated preliminary injunction motion and Defendants' anticipated motion to dismiss be consolidated and that Defendants file their combined brief in support of their motion to dismiss and in opposition to Plaintiff's motion for a preliminary injunction approximately 26 days before their response to the Complaint would otherwise be due.  Accordingly, Defendants propose the following deadlines:

| | |
|---|---|
| December 5, 2017: | Plaintiff's motion for preliminary injunction and supporting brief |
| January 4, 2018: | Defendants' motion to dismiss and combined brief in support of Defendants' motion to dismiss and in opposition to Plaintiff's motion for preliminary junction |
| January 18, 2018: | Plaintiff's combined brief in opposition to Defendants' motion to dismiss and reply in support of Plaintiff's motion for preliminary injunction |
| February 1, 2018: | Defendants' reply in support of their motion to dismiss |

Defendants further propose that any amici file their briefs within seven days of the opening brief of the party they support.

Defendants' proposal would facilitate the efficient and ultimate resolution of this litigation by reducing the number of briefs that will be filed and substantially advancing the date by which briefing on Defendants' dispositive motion would otherwise be complete.  Defendants make this proposal in order to accommodate Plaintiff, notwithstanding her inability to demonstrate any need for expedition; as the Court has already determined, Plaintiff has not carried her burden of demonstrating irreparable harm.

Unless the Court adopts Defendants' compromise proposal for consolidated briefing, Defendants would propose to respond to the Complaint in the ordinary course.

– 3 –

Dated:  December 1, 2017

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

 /s/  Matthew J. Berns
MATTHEW J. BERNS
DC Bar # 998094
BENJAMIN T. TAKEMOTO
DC Bar # 1045253
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8016
(202) 616-8470 (fax)
matthew.j.berns@usdoj.gov

*Counsel for Defendants*