

1700 G Street NW, Washington, DC 20552

**Memorandum from the Director**

I have decided to exercise my appointment authority under section 1011(b)(5) of the Dodd-Frank Act to reassign Leandra English from her current position as Chief of Staff to serve as the Deputy Director of the Consumer Financial Protection Bureau.  I do so effective at noon on Friday, November 24, 2017.  She has consented to this reassignment of her duties without receiving a promotion or an increase in salary or change in any other terms of her employment. This memorandum shall serve as the memorialization of my actions in this matter.

Richard Cordray
Director

Dated:  November 24, 2017