# Exhibit 1
## Memorandum for Mick Mulvaney
## (November 24, 2017)

*English v. Trump, et al.*
No. 1:17-cv-02534-TJK
EXHIBITS TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THE WHITE HOUSE**

WASHINGTON

November 24, 2017

MEMORANDUM FOR MICK MULVANEY
             Director of the Office of Management and
             Budget

Pursuant to the Constitution and the laws of the United States, including section 3345(a) of title 5, United States Code, you are directed to perform the functions and duties of the office of Director, Bureau of Consumer Financial Protection, until the position is filled by appointment or subsequent designation, effective 12:01 a.m. eastern standard time, November 25, 2017.

*[signature: Donald Trump]*