# Exhibit 4
## Declaration of Kate Fulton

*English v. Trump, et al.*
No. 1:17-cv-02534-TJK
EXHIBITS TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANDRA ENGLISH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP and ) <br> JOHN MICHAEL MULVANEY, ) <br> ) <br> Defendants. ) | No. 1:17-cv-02534 (TJK) |

## DECLARATION OF KATE FULTON

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Deputy Chief of Staff at the Consumer Financial Protection Bureau (Bureau). I make this Declaration based on my own personal knowledge, on information contained in the records of the Bureau, or on information provided to me by Bureau employees.

2. I have officially encumbered the position of Deputy Chief of Staff since August 6, 2017, and before that, I served as Acting Deputy Chief of Staff beginning in November 2016. I currently also serve as Acting Executive Secretary, a role I have performed since November 2017. In addition, I am currently acting as Chief of Staff and have been performing Chief of Staff functions since Leandra English, the Bureau's former Chief of Staff, was reassigned to serve as the Bureau's Deputy Director on November 24, 2017, by outgoing Bureau Director Richard Cordray. I have worked at the Bureau in various capacities since March 2013.

3. On November 24, 2017, Director Cordray resigned as Director of the Bureau, effective at midnight on November 24, 2017, and announced his resignation in an email to Bureau staff.

4.  Also on November 24, 2017, President Trump designated OMB Director Mick Mulvaney to serve as Acting Director of the Bureau, effective at the time of Director Cordray's resignation.[1]

5.  In my capacity as a senior official in the Director's Office, I frequently meet with the Bureau's senior leaders, including the Director and the Associate Directors who lead the Bureau's six divisions: Operations; Consumer Education and Engagement; Supervision, Enforcement, and Fair Lending; Research, Markets, and Regulations; External Affairs; and Legal.

6.  At approximately 2:00 p.m. on Sunday, November 26, 2017, I convened a telephone call with senior Bureau leadership. During that call, each of the Associate Directors stated that they would act consistently with the understanding that Mick Mulvaney was the Acting Director of the Bureau.

7.  Acting Director Mulvaney arrived at the Bureau headquarters on the morning of Monday, November 27, 2017, and presented himself as the Acting Director. He was given access to the building and the Director's office and began his work as Acting Director for the day.

8.  As a senior official in the Director's Office, I have observed that, to date, Bureau operations have continued with the understanding that Mick Mulvaney is the Acting Director of the Bureau.

9.  I am responsible for managing the flow of information to the Bureau Director. In particular, Bureau offices prepare information memoranda, briefing memoranda in preparation

---

[1] *See* The White House, Office of the Press Secretary, *Statement on President Donald J. Trump's Designation of OMB Director Mick Mulvaney as Acting Director of the Consumer Financial Protection Bureau* (Nov. 24, 2017), https://www.whitehouse.gov/the-press-office/2017/11/24/statement-president-donald-j-trumps-designation-omb-director-mick.

for meetings, and recommendation memoranda requesting decisions from the Director. As Acting Executive Secretary, I manage a team that collects those memoranda, ensures accuracy and appropriateness, and provides them to the Director. Since November 27, 2017, the first business day following Richard Cordray's resignation, I have provided these memoranda to Mick Mulvaney as Acting Director of the Bureau.

10. As a senior official in the Director's Office, I have observed firsthand that Acting Director Mulvaney has given directives, and that Bureau staff has followed those directives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __15__th day of December 2017.

_____
Kate Fulton