# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANDRA ENGLISH,<br>              *Plaintiff*,<br><br>   v.<br><br>DONALD J. TRUMP and<br>JOHN M. MULVANEY,<br>              *Defendants*. | Case No. 1:17-cv-02534 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Deepak Gupta, a member in good standing in the bar of this Court, respectfully moves for the admission *pro hac vice* of Daniel Townsend for the purpose of entering an appearance on behalf of the Plaintiff in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have entered my appearance in the above-captioned matter.

2. I move for the admission *pro hac vice* of Daniel Townsend of the law firm of Gupta Wessler PLLC to appear before this Court as co-counsel of record, and to participate in all proceedings.

3. As evidenced by the attached declaration, Daniel Townsend is a member in good standing of the bar of the state of California; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the local rules of this Court.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave for Daniel Townsend to appear before the Court in this matter *pro hac vice.*

                    Respectfully submitted,

                    */s/ Deepak Gupta*
                    DEEPAK GUPTA (D.C. Bar No. 495451)
                    **GUPTA WESSLER PLLC**
                    1900 L Street, NW, Suite 312
                    Washington, DC 20036
                    Phone: (202) 888-1741
                    Fax: (202) 888-7792
                    *deepak@guptawessler.com*

December 20, 2017        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I electronically filed the foregoing motion through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta