**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANDRA ENGLISH,<br><br>        Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP and<br>JOHN MICHAEL MULVANEY,<br><br>        Defendants. | Case No. 1:17-cv-02534-TJK |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion To Stay Proceedings Pending Appeal, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED;

It is further ORDERED that all proceedings in this Court are hereby STAYED pending a decision from the U.S. Court of Appeals for the District of Columbia Circuit in Plaintiff's appeal from this Court's Order of January 10, 2018; and

It is further ORDERED that the parties shall file a joint status report within fourteen days of a panel decision from the U.S. Court of Appeals for the District of Columbia Circuit.

SO ORDERED.

                                                                                 TIMOTHY J. KELLY
                                                                                 United States District Judge

Date: