APPEAL,STAYED,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:17–cv–02534–TJK</u>
### *Internal Use Only*

ENGLISH v. TRUMP et al
Assigned to: Judge Timothy J. Kelly
Case in other court:  USCA, 18–05007
Cause: 28:2201 Declaratory Judgment

Date Filed: 11/26/2017
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**LEANDRA ENGLISH**
*Deputy Director and Acting Director,*
*Consumer Financial Protection Bureau*

represented by

**Deepak Gupta**
GUPTA WESSLER PLLC
1900 L Street, NW
Suite 312
Washington–DC 20036
(202) 888–1741
Email: <u>deepak@guptawessler.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Townsend**
GUPTA WESSLER PLLC
1900 L Street NW
Suite 312
Washington, DC 20036
202–888–1741
Fax: 202–888–7792
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Matz**
GUPTA WESSLER PLLC
1900 L Sreet, NW
Suite 312
Washington, DC 20036
202–888–1741
Fax: 202–888–7792
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel S. Bloomekatz**
GUPTA WESSLER PLLC
1148 Neil Avenue
Columbus, OH 43201
202–888–1741
Fax: 202–888–7792
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **DONALD JOHN TRUMP**<br>*in his official capacity as President of the United States of America* | represented by | **Brett A. Shumate**<br>U.S. Department of Justice<br>Civil – Federal Programs Branch<br>950 Pennsylvania Ave.<br>Washington, DC 20530<br>202–514–2331<br>Email: brett.a.shumate@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Matthew Joseph Berns**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616–8016
Fax: (202) 616–8470
Email: matthew.j.berns@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Thomas Takemoto**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Rm. 7109
Washington, DC 20530
(202) 532–4252
Fax: (202) 616–8470
Email: benjamin.takemoto@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **JOHN MICHAEL MULVANEY**<br>*in his capacity as the person claiming to be Acting Director of the Consumer Financial Protection Bureau* | represented by | **Brett A. Shumate**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Matthew Joseph Berns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Thomas Takemoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**SHERROD BROWN**　　　　　　　　represented by　**Brianne Jenna Gorod**
CONSTITUTIONAL
ACCOUNTABILITY CENTER
1200 18th Street, NW
Suite 501
Washington, DC 20036
(202) 296–6889 ext. 304
Email: brianne@theusconstitution.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MICHAEL CAPUANO**　　　　　　　represented by　**Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CATHERINE CORTEZ MASTO**　　　represented by　**Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CHARLIE CRIST**　　　　　　　　represented by　**Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**JOHN K. DELANEY**　　　　　　　represented by　**Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**KEITH ELLISON**　　　　　　　　represented by　**Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**BILL FOSTER**　　　　　　　　　represented by　**Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**BARNEY FRANK**                    represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**DENNY HECK**                      represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**JIM HIMES**                       represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**RUBEN J. KIHUEN**                 represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**DAN KILDEE**                      represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**CAROLYN B. MALONEY**              represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**BOB MENENDEZ**                    represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**GWEN S. MOORE**                   represented by   **Brianne Jenna Gorod**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**NANCY PELOSI**                     represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**BRIAN SCHATZ**                     represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**CHARLES E. SCHUMER**               represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**BRAD SHERMAN**                     represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**CHRIS VAN HOLLEN**                 represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**JUAN VARGAS**                      represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**ELIZABETH WARREN**                 represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**MAXINE WATERS**                    represented by   **Brianne Jenna Gorod**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STENY HOYER**                    represented by   **Brianne Jenna Gorod**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**NYDIA VELAZQUEZ**                represented by   **Brianne Jenna Gorod**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**VICENTE GONZALEZ**              represented by   **Brianne Jenna Gorod**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF TEXAS**                represented by   **Andrew John Pincus**
                                                    MAYER BROWN PLLC
                                                    1999 K Street, NW
                                                    Washington, DC 20006
                                                    (202) 263–3220
                                                    Fax: (202) 263–5220
                                                    Email: apincus@mayerbrown.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott A. Keller**
                                                    OFFICE OF THE TEXAS ATTORNEY
                                                    GENERAL
                                                    PO Box 12548 (MC 059)
                                                    Austin, TX 78711–2548
                                                    (512) 936–1700
                                                    Fax: (512) 474–2697
                                                    Email: scott.keller@oag.texas.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF WEST VIRGINIA**        represented by   **Andrew John Pincus**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ALABAMA**              represented by   **Andrew John Pincus**
                                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ARKANSAS**                    represented by   **Andrew John Pincus**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF GEORGIA**                     represented by   **Andrew John Pincus**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF LOUISIANA**                   represented by   **Andrew John Pincus**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF OKLAHOMA**                    represented by   **Andrew John Pincus**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF SOUTH CAROLINA**              represented by   **Andrew John Pincus**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**PUBLIC CITIZEN, INC.**                 represented by   **Rebecca H Smullin**
                                                          PUBLIC CITIZEN LITIGATION
                                                          GROUP
                                                          1600 20th Street NW
                                                          Washington, DC 20009
                                                          202−588−7714
                                                          Email: rsmullin@citizen.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICANS FOR FINANCIAL**              represented by   **Rebecca H Smullin**
**REFORM**                                                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**CENTER FOR RESPONSIBLE LENDING**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CONSUMER ACTION**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NATIONAL ASSOCIATION OF CONSUMER ADVOCATES**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NATIONAL CONSUMER LAW CENTER**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NATIONAL CONSUMERS LEAGUE**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NATIONAL FAIR HOUSING ALLIANCE**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**TZEDEK DC, INC.**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**UNITED STATES PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND, INC.**

represented by **Rebecca H Smullin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ETHAN S BERNSTEIN**                    represented by   **Courtney L. Weiner**
                                                         LAW OFFICE OF COURTNEY
                                                         WEINER PLLC
                                                         1629 K Street, NW
                                                         Suite 300
                                                         Washington, DC 20006
                                                         (202) 827–9980
                                                         Fax: (202) 379–9749
                                                         Email: cw@courtneyweinerlaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**BENJAMIN P. EDWARDS**                  represented by   **Courtney L. Weiner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**KATHLEEN C. ENGEL**                    represented by   **Courtney L. Weiner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**ROBERT HOCKETT**                       represented by   **Courtney L. Weiner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**DALIE JIMENEZ**                        represented by   **Courtney L. Weiner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**ADAM J. LEVITIN**                      represented by   **Courtney L. Weiner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**PATRICIA A. MCCOY**                    represented by   **Courtney L. Weiner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**CHRISTOPHER LEWIS PETERSON**          represented by   **Courtney L. Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**JEFF SOVERN**          represented by   **Courtney L. Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ARTHUR E. WILLMARTH, JR.**          represented by   **Courtney L. Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**JOYCE BEATTY**          represented by   **Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**WILLIAM "LACY" CLAY, JR.**          represented by   **Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**EMANUEL CLEAVER**          represented by   **Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**JOSEPH CROWLEY**          represented by   **Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CHRISTOPHER DODD**          represented by   **Brianne Jenna Gorod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AL GREEN**                                    represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**MAZIE K. HIRONO**                            represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**U.S. REPRESENTATIVE TIM**                     represented by   **Brianne Jenna Gorod**
**JOHNSON**                                                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**PAUL E. KANJORSKI**                          represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**STEPHEN F. LYNCH**                           represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**GREGORY W. MEEKS**                           represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**JEFF MERKLEY**                               represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


**Amicus**

**BRAD MILLER**                                represented by   **Brianne Jenna Gorod**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**PETER CONTI–BROWN**                 represented by   **Anna C. Haac**
                                                       TYCKO & ZAVAREEI, LLP
                                                       1828 L Street, NW
                                                       Suite 1000
                                                       Washington, DC 20036
                                                       (202) 973–0900
                                                       Fax: (202) 973–0950
                                                       Email: ahaac@tzlegal.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**DISTRICT OF COLUMBIA**              represented by   **Carl James Schifferle**
                                                       OFFICE OF THE ATTORNEY
                                                       GENERAL FOR THE DISTRICT OF
                                                       COLUMBIA
                                                       Office of the Solicitor General
                                                       441 4th Street NW
                                                       Suite 600S
                                                       Washington, DC 20002
                                                       (202) 724–6604
                                                       Fax: (202) 730–1472
                                                       Email: carl.schifferle@dc.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**CALIFORNIA**                        represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**CONNECTICUT**                       represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**DELAWARE**                          represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**HAWAII**                            represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**ILLINOIS**                              represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**IOWA**                                  represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**MAINE**                                 represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**MARYLAND**                              represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**MASSACHUSETTS**

**Amicus**

**MASSACHUSETTS**                         represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**MINNESOTA**                             represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**NEW MEXICO**                            represented by **Carl James Schifferle**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**NEW YORK**                          represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**OREGON**                            represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**PENNSYLVANIA**                      represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**RHODE ISLAND**                      represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**VERMONT**                           represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**WASHINGTON**                        represented by   **Carl James Schifferle**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CREDIT UNION NATIONAL**             represented by   **Theodore R. Flo**
**ASSOCIATION, INC**                                   BALLARD SPAHR LLP
                                                       1909 K Street, NW
                                                       12th Floor
                                                       Washington, DC 20006
                                                       (202) 661–2259
                                                       Fax: (202) 661–2299
                                                       Email: flot@ballardspahr.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

                                      represented by

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA** | **Andrew John Pincus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Amicus

| | | |
|---|---|---|
| **STATE OF FLORIDA** | represented by | **Andrew John Pincus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Amicus

| | | |
|---|---|---|
| **STATE OF ARIZONA** | represented by | **Andrew John Pincus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Amicus

| | | |
|---|---|---|
| **STATE OF KANSAS** | represented by | **Andrew John Pincus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Amicus

| | | |
|---|---|---|
| **STATE OF MICHIGAN** | represented by | **Andrew John Pincus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Amicus

| | | |
|---|---|---|
| **STATE OF NEBRASKA** | represented by | **Andrew John Pincus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/26/2017 | 1 | | COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF (EMERGENCY TEMPORARY RESTRAINING ORDER SOUGHT)* against All Defendants ( Filing fee $ 400 receipt number 0090–5219866) filed by Leandra English. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Summons to Donald John Trump, # 3 Summons Summons to John M. Mulvaney)(Gupta, Deepak) (Entered: 11/26/2017) |
| 11/26/2017 | 2 | | Emergency MOTION for Temporary Restraining Order by Leandra English (Attachments: # 1 Text of Proposed Order Proposed Order)(Gupta, Deepak) (Entered: 11/26/2017) |
| 11/27/2017 | 3 | | MEMORANDUM re 2 Emergency MOTION for Temporary Restraining Order filed by Leandra English by Leandra English. (Gupta, Deepak) (Entered: |

| | | |
|---|---|---|
| | | 11/27/2017) |
| 11/27/2017 | 4 | AFFIDAVIT *OF DEEPAK GUPTA UNDER LOCAL RULE 65.1(B)* by Leandra English. (Gupta, Deepak) (Entered: 11/27/2017) |
| 11/27/2017 | 5 | NOTICE of Appearance by Matthew Joseph Berns on behalf of All Defendants (Berns, Matthew) (Entered: 11/27/2017) |
| 11/27/2017 | | MINUTE ORDER: The parties shall appear for a hearing on Plaintiff's 2 Motion for a Temporary Restraining Order today, November 27, 2017, at 4:30 p.m. in Courtroom 11. If the parties wish to reschedule the hearing for a later date, they shall confer and jointly contact chambers today by 3:30 p.m. with a mutually agreed upon date and time. (lctjk1) (Entered: 11/27/2017) |
| 11/27/2017 | 6 | MOTION for Leave to File *Amici Curiae Brief* by SHERROD BROWN, MICHAEL CAPUANO, CATHERINE CORTEZ MASTO, CHARLIE CRIST, John K. Delaney, KEITH ELLISON, Bill Foster, BARNEY FRANK, Denny Heck, Jim Himes, Ruben J. Kihuen, Dan Kildee, Carolyn B. Maloney, Bob Menendez, Gwen S. Moore, NANCY PELOSI, Brian Schatz, CHARLES E. SCHUMER, BRAD SHERMAN, CHRIS VAN HOLLEN, Juan Vargas, ELIZABETH WARREN, MAXINE WATERS, STENY HOYER, NYDIA VELAZQUEZ, Vicente Gonzalez (Attachments: # 1 Exhibit Proposed Amici Curiae Brief, # 2 Exhibit Proposed Order)(Gorod, Brianne) (Entered: 11/27/2017) |
| 11/27/2017 | 7 | ERRATA by LEANDRA ENGLISH. (Attachments: # 1 Corrected Complaint, # 2 Corrected Motion and Memorandum for Temporary Restraining Order)(Gupta, Deepak) (Entered: 11/27/2017) |
| 11/27/2017 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing held on 11/27/2017 re 2 Emergency MOTION for Temporary Restraining Order filed by LEANDRA ENGLISH. Oral arguments heard and taken under advisement. (Court Reporter: Timothy Miller) (kh) (Entered: 11/27/2017) |
| 11/27/2017 | 8 | NOTICE of Appearance by Benjamin Thomas Takemoto on behalf of All Defendants (Takemoto, Benjamin) (Entered: 11/27/2017) |
| 11/27/2017 | | MINUTE ORDER: It is hereby ORDERED that any opposition to the 6 Motion for Leave to File Amici Curiae Brief shall be filed by tomorrow, November 28, 2017, at 10:00 a.m. Signed by Judge Timothy J. Kelly on 11/27/2017. (lctjk1) (Entered: 11/27/2017) |
| 11/27/2017 | 9 | Memorandum in opposition to re 2 Emergency MOTION for Temporary Restraining Order filed by JOHN MICHAEL MULVANEY, DONALD JOHN TRUMP. (Takemoto, Benjamin) (Entered: 11/27/2017) |
| 11/27/2017 | 13 | AMICUS BRIEF by SHERROD BROWN, MICHAEL CAPUANO, CATHERINE CORTEZ MASTO, CHARLIE CRIST, JOHN K. DELANEY, KEITH ELLISON, BILL FOSTER, BARNEY FRANK, VICENTE GONZALEZ, DENNY HECK, JIM HIMES, STENY HOYER, RUBEN J. KIHUEN, DAN KILDEE, CAROLYN B. MALONEY, BOB MENENDEZ, GWEN S. MOORE, NANCY PELOSI, BRIAN SCHATZ, CHARLES E. SCHUMER, BRAD SHERMAN, CHRIS VAN HOLLEN, JUAN VARGAS, NYDIA VELAZQUEZ, ELIZABETH WARREN, MAXINE WATERS. (jf) |

| | | |
|---|---|---|
| | | (Entered: 11/29/2017) |
| 11/27/2017 | | SUMMONS (4) Issued as to JOHN MICHAEL MULVANEY, DONALD JOHN TRUMP, U.S. Attorney and U.S. Attorney General (jf) (Entered: 11/29/2017) |
| 11/28/2017 | | MINUTE ORDER granting, for good cause shown, the 6 Motion for Leave to File Amici Curiae Brief. It is hereby ORDERED that the amici curiae brief (ECF No. 6–1) shall be deemed filed as of November 27, 2017. Signed by Judge Timothy J. Kelly on 11/28/2017. (lctjk1) (Entered: 11/28/2017) |
| 11/28/2017 | | MINUTE ORDER: The parties shall appear for a further hearing on the 2 Motion for Temporary Restraining Order today, November 28, 2017, at 4:00 p.m in Courtroom 11. Signed by Judge Timothy J. Kelly on 11/28/2017. (lctjk1) (Entered: 11/28/2017) |
| 11/28/2017 | 10 | NOTICE of Appearance by Scott A. Keller on behalf of STATE OF TEXAS (Keller, Scott) (Entered: 11/28/2017) |
| 11/28/2017 | 11 | MOTION for Leave to File *Brief of Amici Curiae* by STATE OF TEXAS, STATE OF WEST VIRGINIA, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF GEORGIA, STATE OF LOUISIANA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA (Attachments: # 1 Exhibit Proposed Brief of Texas et al., # 2 Text of Proposed Order)(Keller, Scott) Modified to add filers on 11/29/2017 (znmw). (Entered: 11/28/2017) |
| 11/28/2017 | 12 | MOTION Plaintiff's Scheduling Request by LEANDRA ENGLISH (Gupta, Deepak) (Entered: 11/28/2017) |
| 11/28/2017 | | Minute Order and Entry for Proceedings held before Judge Timothy J. Kelly: Motion Hearing held on 11/28/2017. Emergency MOTION for Temporary Restraining Order filed by Leandra English 2 DENIED for reasons stated on the record. (Court Reporter: Timothy Miller) (kh) (Entered: 11/28/2017) |
| 11/29/2017 | | MINUTE ORDER: In light of the Court's ruling on Plaintiff's 2 Emergency Motion for Temporary Restraining Order, it is hereby ORDERED that the 11 Motion for Leave to File Amici Curiae Brief is DENIED AS MOOT, without prejudice to re–filing for leave to file a brief with respect to the merits or any additional motions for injunctive relief. Signed by Judge Timothy J. Kelly on 11/29/2017. (lctjk1) (Entered: 11/29/2017) |
| 11/29/2017 | | MINUTE ORDER: For reasons stated on the record at the hearing on November 28, 2017, Plaintiff's 12 Motion to treat her emergency Motion for a Temporary Restraining Order as a Motion for a Preliminary Injunction is DENIED. To the extent that the Motion requests that the Court enter a briefing schedule on the merits, the Motion is DENIED without prejudice. The parties shall meet and confer, and submit, by December 1, 2017, a joint proposed schedule for briefing the merits and/or for briefing a preliminary injunction, should one be filed by Plaintiff by then. If the parties cannot agree on a joint proposed schedule, they shall submit separate proposed schedules. Signed by Judge Timothy J. Kelly on 11/29/2017. (lctjk1) (Entered: 11/29/2017) |
| 11/29/2017 | | Set/Reset Deadlines: Joint Proposed Briefing Schedule due by 12/1/2017. (kh) (Entered: 11/29/2017) |
| 11/29/2017 | 14 | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Brett A. Shumate on behalf of All Defendants (Shumate, Brett) (Entered: 11/29/2017) |
| 12/01/2017 | 15 | | TRANSCRIPT OF MOTION HEARING before Judge Timothy J. Kelly held on 11–27–2017; Page Numbers: 1–30. Date of Issuance: 12–1–2017. Court Reporter/Transcriber Timothy R. Miller, Telephone number 202–354–3111, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenc ed above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/22/2017. Redacted Transcript Deadline set for 1/1/2018. Release of Transcript Restriction set for 3/1/2018.(Miller, Timothy) (Entered: 12/01/2017) |
| 12/01/2017 | 16 | | TRANSCRIPT OF MOTION HEARING before Judge Timothy J. Kelly held on 11–28–2017; Page Numbers: 1–37. Date of Issuance: 12–1–2017. Court Reporter/Transcriber Timothy R. Miller, Telephone number 202–354–3111, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenc ed above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/22/2017. Redacted Transcript Deadline set for 1/1/2018. Release of Transcript Restriction set for 3/1/2018.(Miller, Timothy) (Entered: 12/01/2017) |
| 12/01/2017 | 17 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JOHN MICHAEL MULVANEY served on 12/1/2017; DONALD JOHN TRUMP served on 12/1/2017, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 12/1/2017., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United |

| | | |
|---|---|---|
| | | States Attorney. Date of Service Upon United States Attorney on 12/1/2017. ( Answer due for ALL FEDERAL DEFENDANTS by 1/30/2018.) (Attachments: # 1 USPS receipts and delivery information)(Gupta, Deepak) (Entered: 12/01/2017) |
| 12/01/2017 | 18 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Rachel Bloomekatz, :Firm– Gupta Wessler PLLC, :Address– rachel@guptawessler.com. Phone No. – 2028881741. Fax No. – 2028887792 Filing fee $ 100, receipt number 0090–5229960. Fee Status: Fee Paid. by LEANDRA ENGLISH (Attachments: # 1 Declaration Declaration of Rachel S. Bloomekatz)(Gupta, Deepak) (Entered: 12/01/2017) |
| 12/01/2017 | 19 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joshua Matz, :Firm– Gupta Wessler PLLC, :Address– joshua@guptawessler.com. Phone No. – 2028881741. Fax No. – 2028887792 Filing fee $ 100, receipt number 0090–5229965. Fee Status: Fee Paid. by LEANDRA ENGLISH (Attachments: # 1 Declaration Declaration of Joshua Matz)(Gupta, Deepak) (Entered: 12/01/2017) |
| 12/01/2017 | 20 | PROPOSED BRIEFING SCHEDULE by JOHN MICHAEL MULVANEY, DONALD JOHN TRUMP. (Berns, Matthew) (Entered: 12/01/2017) |
| 12/01/2017 | 21 | PROPOSED BRIEFING SCHEDULE by LEANDRA ENGLISH. (Gupta, Deepak) (Entered: 12/01/2017) |
| 12/04/2017 | | MINUTE ORDER granting 18 Motion for Leave to Appear Pro Hac Vice. Attorney Rachel S. Bloomekatz is hereby admitted pro hac vice to appear in this matter. Signed by Judge Timothy J. Kelly on 12/4/2017. (lctjk1) (Entered: 12/04/2017) |
| 12/04/2017 | | MINUTE ORDER granting 19 Motion for Leave to Appear Pro Hac Vice. Attorney Joshua Matz is hereby admitted pro hac vice to appear in this matter. Signed by Judge Timothy J. Kelly on 12/4/2017. (lctjk1) (Entered: 12/04/2017) |
| 12/04/2017 | | MINUTE ORDER: In light of the separate proposed briefing schedules submitted by the parties, it is hereby ORDERED that the parties shall appear for a scheduling conference tomorrow, December 5, 2017, at 11:00 a.m. in Courtroom 11. Signed by Judge Timothy J. Kelly on 12/4/2017. (lctjk1) (Entered: 12/04/2017) |
| 12/05/2017 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Initial Scheduling Conference held on 12/5/2017. Scheduling Order to follow. (Court Reporter: Timothy Miller) (kh) (Entered: 12/05/2017) |
| 12/05/2017 | | MINUTE ORDER: As discussed at today's scheduling conference, it is hereby ORDERED that: (1) Plaintiff shall file her motion for preliminary injunction by December 6, 2017; (2) Any amicus curiae briefs in support of Plaintiff's motion shall be filed by December 8, 2017; (3) Defendants shall file their opposition to Plaintiff's motion by December 18, 2017 at 1:00 p.m.; (4) Any amicus curiae briefs in support of Defendants' opposition shall be filed by December 18, 2017 at 1:00 p.m.; (5) Plaintiff shall file her reply in support of her motion by December 20, 2017 at 1:00 p.m.; and (6) A hearing on the motion is set for December 22, 2017 at 10:00 a.m. in Courtroom 11. Signed by Judge Timothy J. Kelly on 12/5/2017. (lctjk1) (Entered: 12/05/2017) |

| 12/06/2017 | 22 | | AMENDED COMPLAINT against All Defendants filed by LEANDRA ENGLISH.(Gupta, Deepak) (Entered: 12/06/2017) |
|---|---|---|---|
| 12/06/2017 | 23 | | MOTION for Preliminary Injunction by LEANDRA ENGLISH (Attachments: # 1 Proposed Order)(Gupta, Deepak) (Entered: 12/06/2017) |
| 12/06/2017 | 24 | | AFFIDAVIT re 23 MOTION for Preliminary Injunction by LEANDRA ENGLISH. (Attachments: # 1 Exhibit A (Memorandum of Director Richard Cordray), # 2 Exhibit B (Resignation Letter from Director Richard Cordray), # 3 Exhibit C (White House Press Statement))(Gupta, Deepak) (Entered: 12/06/2017) |
| 12/06/2017 | 25 | | MEMORANDUM re 23 MOTION for Preliminary Injunction filed by LEANDRA ENGLISH by LEANDRA ENGLISH. (Gupta, Deepak) (Entered: 12/06/2017) |
| 12/07/2017 | | | NOTICE OF ERROR re 25 Memorandum; emailed to deepak@guptawessler.com, cc'd 27 associated attorneys –– The PDF file you docketed contained errors: 1. In future, the memorandum in support and affidavits/exhibits should be attached to the motion docket entry, not filed separately. Do not refile. (znmw, ) (Entered: 12/07/2017) |
| 12/07/2017 | 26 | | ERRATA *(CORRECTED MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION)* by LEANDRA ENGLISH 23 MOTION for Preliminary Injunction filed by LEANDRA ENGLISH. (Gupta, Deepak) (Entered: 12/07/2017) |
| 12/08/2017 | 27 | | Unopposed MOTION for Leave to File *Brief as Amici Curiae In Support of Plaintiff's Motion for a Preliminary Injunction* by Public Citizen, Inc., AMERICANS FOR FINANCIAL REFORM, CENTER FOR RESPONSIBLE LENDING, CONSUMER ACTION, NATIONAL ASSOCIATION OF CONSUMER ADVOCATES, NATIONAL CONSUMER LAW CENTER, NATIONAL CONSUMERS LEAGUE, national fair housing alliance, Tzedek DC, Inc., United States Public Interest Research Group Education Fund, Inc. (Attachments: # 1 Exhibit Proposed amicus brief, # 2 Text of Proposed Order)(Smullin, Rebecca) (Entered: 12/08/2017) |
| 12/08/2017 | | | MINUTE ORDER granting, for good cause shown, the 27 Unopposed Motion for Leave to File Brief as Amici Curiae. It is hereby ORDERED that the amici curiae brief (ECF No. 27–1) shall be deemed filed as of December 8, 2017. Signed by Judge Timothy J. Kelly on 12/8/2017. (lctjk1) (Entered: 12/08/2017) |
| 12/08/2017 | 28 | | MOTION for Leave to File *Brief of Amicus Curiae Consumer Finance Regulation Scholars in Support of Plaintiff's Motion for a Preliminary Injunction* by ETHAN S BERNSTEIN, BENJAMIN P. EDWARDS, KATHLEEN C. ENGEL, ROBERT HOCKETT, DALIE JIMENEZ, ADAM J. LEVITIN, PATRICIA A. MCCOY, CHRISTOPHER LEWIS PETERSON, JEFF SOVERN, ARTHUR E. WILLMARTH, JR (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Brief of Amicus Curiae Consumer Finance Regulation Scholars)(Weiner, Courtney) (Entered: 12/08/2017) |
| 12/08/2017 | | | MINUTE ORDER granting, for good cause shown, the 28 Motion for Leave to File Brief of Amicus Curiae. It is hereby ORDERED that the amicus curiae brief (ECF No. 28–2) shall be deemed filed as of December 8, 2017. Signed by Judge Timothy J. Kelly on 12/8/2017. (lctjk1) (Entered: 12/08/2017) |

| 12/08/2017 | 29 | | Unopposed MOTION for Leave to File *Brief of Current and Former Members of Congress as Amici Curiae in Support of Plaintiff's Motion for a Preliminary Injunction* by SHERROD BROWN, MICHAEL CAPUANO, CATHERINE CORTEZ MASTO, CHARLIE CRIST, JOHN K. DELANEY, KEITH ELLISON, BILL FOSTER, BARNEY FRANK, DENNY HECK, JIM HIMES, STENY HOYER, DAN KILDEE, CAROLYN B. MALONEY, BOB MENENDEZ, GWEN S. MOORE, NANCY PELOSI, BRIAN SCHATZ, CHARLES E. SCHUMER, BRAD SHERMAN, CHRIS VAN HOLLEN, JUAN VARGAS, NYDIA VELAZQUEZ, ELIZABETH WARREN, MAXINE WATERS, JOYCE BEATTY, WILLIAM "LACY" CLAY, JR, EMANUEL CLEAVER, JOSEPH CROWLEY, CHRISTOPHER DODD, AL GREEN, MAZIE K. HIRONO, TIM JOHNSON, PAUL E. KANJORSKI, STEPHEN F. LYNCH, GREGORY W. MEEKS, JEFF MERKLEY, BRAD MILLER (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Proposed Order)(Gorod, Brianne) (Entered: 12/08/2017) |
| 12/08/2017 | 30 | | Consent MOTION for Leave to File *Amicus Brief* by Peter Conti–Brown (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order)(Haac, Anna) (Entered: 12/08/2017) |
| 12/08/2017 | 31 | | MOTION for Leave to File *Brief of Amici Curiae in Support of Plaintiff's Motion for a Preliminary Injunction* by DISTRICT OF COLUMBIA, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, IOWA, MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW MEXICO, NEW YORK, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, WASHINGTON (Attachments: # 1 Exhibit Brief of Amici Curiae In Support of Plaintiff's Motion for a Preliminary Injunction)(Schifferle, Carl) (Entered: 12/08/2017) |
| 12/08/2017 | 34 | | AMICUS BRIEF by JOYCE BEATTY, SHERROD BROWN, MICHAEL CAPUANO, WILLIAM "LACY" CLAY, JR, EMANUEL CLEAVER, CATHERINE CORTEZ MASTO, CHARLIE CRIST, JOSEPH CROWLEY, JOHN K. DELANEY, CHRISTOPHER DODD, KEITH ELLISON, BILL FOSTER, BARNEY FRANK, AL GREEN, DENNY HECK, JIM HIMES, MAZIE K. HIRONO, STENY HOYER, TIM JOHNSON, PAUL E. KANJORSKI, DAN KILDEE, STEPHEN F. LYNCH, CAROLYN B. MALONEY, GREGORY W. MEEKS, BOB MENENDEZ, JEFF MERKLEY, BRAD MILLER, GWEN S. MOORE, NANCY PELOSI, BRIAN SCHATZ, CHARLES E. SCHUMER, BRAD SHERMAN, CHRIS VAN HOLLEN, JUAN VARGAS, NYDIA VELAZQUEZ, ELIZABETH WARREN, MAXINE WATERS. (nunc pro tunc 12/08/2017)(jf) (Entered: 12/11/2017) |
| 12/08/2017 | 35 | | AMICUS BRIEF by ETHAN S BERNSTEIN, BENJAMIN P. EDWARDS, KATHLEEN C. ENGEL, ROBERT HOCKETT, DALIE JIMENEZ, ADAM J. LEVITIN, PATRICIA A. MCCOY, CHRISTOPHER LEWIS PETERSON, JEFF SOVERN, ARTHUR E. WILLMARTH, JR. (nunc pro tunc 12/08/2017) (jf) (Entered: 12/11/2017) |
| 12/11/2017 | | | MINUTE ORDER granting, nunc pro tunc, and for good cause shown, the 29 Unopposed Motion for Leave to File Brief of Current and Former Members of Congress as Amici Curiae. It is hereby ORDERED that the amici curiae brief (ECF No. 29–1) shall be deemed filed as of December 8, 2017. Signed by Judge Timothy J. Kelly on 12/11/2017. (lctjk1) (Entered: 12/11/2017) |

| 12/11/2017 | | | MINUTE ORDER granting, nunc pro tunc, and for good cause shown, the 30 Consent Motion for Leave to File Amicus Brief. It is hereby ORDERED that the amicus curiae brief (ECF No. 30–1) shall be deemed filed as of December 8, 2017. Signed by Judge Timothy J. Kelly on 12/11/2017. (lctjk1) (Entered: 12/11/2017) |
|---|---|---|---|
| 12/11/2017 | | | MINUTE ORDER granting, nunc pro tunc, and for good cause shown, the 31 Motion for Leave to File Brief of Amici Curiae. It is hereby ORDERED that the amici curiae brief (ECF No. 31–1) shall be deemed filed as of December 8, 2017. Signed by Judge Timothy J. Kelly on 12/11/2017. (lctjk1) (Entered: 12/11/2017) |
| 12/11/2017 | 32 | | AMICUS BRIEF by DISTRICT OF COLUMBIA, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, IOWA, MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW MEXICO, NEW YORK, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, WASHINGTON (nunc pro tunc 12/08/2017) (jf) (Entered: 12/11/2017) |
| 12/11/2017 | 33 | | AMICUS BRIEF by PETER CONTI–BROWN. (nunc pro tunc 12/08/2017) (jf) (Entered: 12/11/2017) |
| 12/11/2017 | 36 | | AMICUS BRIEF by AMERICANS FOR FINANCIAL REFORM, CENTER FOR RESPONSIBLE LENDING, CONSUMER ACTION, NATIONAL ASSOCIATION OF CONSUMER ADVOCATES, NATIONAL CONSUMER LAW CENTER, NATIONAL CONSUMERS LEAGUE, NATIONAL FAIR HOUSING ALLIANCE, PUBLIC CITIZEN, INC., TZEDEK DC, INC., UNITED STATES PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND, INC. (nunc pro tunc 12/08/2017) (jf) (Entered: 12/11/2017) |
| 12/12/2017 | 37 | | Unopposed MOTION for Leave to File *Amicus Brief* by CREDIT UNION NATIONAL ASSOCIATION, INC (Attachments: # 1 Exhibit A – Proposed Amicus Brief, # 2 Text of Proposed Order)(Flo, Theodore) (Entered: 12/12/2017) |
| 12/14/2017 | | | MINUTE ORDER granting, for good cause shown, the 37 Unopposed Motion for Leave to File Amicus Brief. It is hereby ORDERED that the amicus curiae brief (ECF No. 37–1) shall be deemed filed as of December 12, 2017. Signed by Judge Timothy J. Kelly on 12/14/2017. (lctjk1) (Entered: 12/14/2017) |
| 12/14/2017 | 38 | | AMICUS BRIEF by CREDIT UNION NATIONAL ASSOCIATION, INC. (znmw) (Entered: 12/15/2017) |
| 12/18/2017 | 39 | | Unopposed MOTION for Leave to File *to File Amicus Curiae Brief Supporting Defendants* by THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A – Memorandum of Law of the Chamber of Commerce of the United States of America as Amicus Curiae Supporting Defendants, # 2 Exhibit B – Proposed Order)(Pincus, Andrew) (Entered: 12/18/2017) |
| 12/18/2017 | 40 | | MOTION for Leave to File by STATE OF TEXAS (Attachments: # 1 Exhibit Brief of Amici Curiae Texas et al, # 2 Text of Proposed Order Proposed Order)(Keller, Scott) (Entered: 12/18/2017) |
| 12/18/2017 | 41 | | RESPONSE re 23 MOTION for Preliminary Injunction filed by JOHN MICHAEL MULVANEY, DONALD JOHN TRUMP. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Berns, Matthew) (Entered: 12/18/2017) |
| 12/18/2017 | | MINUTE ORDER granting, for good cause shown, the 39 Unopposed Motion for Leave to File Amicus Curiae Brief. It is hereby ORDERED that the amicus curiae brief (ECF No. 39–1) shall be deemed filed as of December 18, 2017. Signed by Judge Timothy J. Kelly on 12/18/2017. (lctjk1) (Entered: 12/18/2017) |
| 12/18/2017 | | MINUTE ORDER granting, for good cause shown, the 40 Motion for Leave to File Brief of Amici Curiae. It is hereby ORDERED that the amici curiae brief (ECF No. 40–1) shall be deemed filed as of December 18, 2017. Signed by Judge Timothy J. Kelly on 12/18/2017. (lctjk1) (Entered: 12/18/2017) |
| 12/18/2017 | 42 | AMICUS BRIEF by CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA. (jf) (Entered: 12/19/2017) |
| 12/18/2017 | 43 | AMICUS BRIEF by STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF GEORGIA, STATE OF LOUISIANA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, STATE OF WEST VIRGINIA, STATE OF FLORIDA, STATE OF ARIZONA, STATE OF KANSAS, STATE OF MICHIGAN, STATE OF NEBRASKA. (jf) (Entered: 12/19/2017) |
| 12/20/2017 | 44 | REPLY to opposition to motion re 23 MOTION for Preliminary Injunction filed by LEANDRA ENGLISH. (Gupta, Deepak) (Entered: 12/20/2017) |
| 12/20/2017 | 45 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Daniel Townsend, :Firm– Gupta Wessler PLLC, :Address– daniel@guptawessler.com. Phone No. – 2028881741. Fax No. – 2028887792 Filing fee $ 100, receipt number 0090–5257815. Fee Status: Fee Paid. by LEANDRA ENGLISH (Attachments: # 1 Declaration of Daniel Townsend)(Gupta, Deepak) (Entered: 12/20/2017) |
| 12/21/2017 | | MINUTE ORDER granting 45 Motion for Leave to Appear Pro Hac Vice. Attorney Daniel Townsend is hereby admitted pro hac vice to appear in this matter. Signed by Judge Timothy J. Kelly on 12/21/2017. (lctjk1) (Entered: 12/21/2017) |
| 12/22/2017 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing held on 12/22/2017 re 23 MOTION for Preliminary Injunction filed by LEANDRA ENGLISH. Oral arguments heard and taken under advisement. (Court Reporter: Timothy Miller) (kh) (Entered: 12/22/2017) |
| 01/09/2018 | 46 | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING before Judge Timothy J. Kelly held on 12–22–2017; Page Numbers: 1–87; Date of Issuance: 1–9–2018; Court Reporter/Transcriber: Timothy R. Miller, Telephone number (202) 354–3111, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers |

| | | | |
|---|---|---|---|
| | | | from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 1/30/2018. Redacted Transcript Deadline set for 2/9/2018. Release of Transcript Restriction set for 4/9/2018.(Miller, Timothy) (Entered: 01/09/2018) |
| 01/10/2018 | 47 | | MEMORANDUM OPINION AND ORDER denying 23 Motion for Preliminary Injunction. See order for details. Signed by Judge Timothy J. Kelly on 1/10/2018. (lctjk1) (Entered: 01/10/2018) |
| 01/12/2018 | 48 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 47 Order on Motion for Preliminary Injunction by LEANDRA ENGLISH. Filing fee $ 505, receipt number 0090−5285487. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit District Court Memorandum Opinion and Order)(Gupta, Deepak) (Entered: 01/12/2018) |
| 01/12/2018 | 49 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 48 Notice of Appeal to DC Circuit Court,. (jf) (Entered: 01/12/2018) |
| 01/12/2018 | | | USCA Case Number 18−5007 for 48 Notice of Appeal to DC Circuit Court, filed by LEANDRA ENGLISH. (zrdj) (Entered: 01/16/2018) |
| 01/30/2018 | 50 | | Joint MOTION to Stay *Proceedings Pending Appeal* by JOHN MICHAEL MULVANEY, DONALD JOHN TRUMP (Attachments: # 1 Text of Proposed Order)(Berns, Matthew) (Entered: 01/30/2018) |
| 01/30/2018 | | 25 | MINUTE ORDER granting the parties' 50 Joint Motion to Stay Proceedings Pending Appeal. It is hereby ORDERED that this case is STAYED pending a decision from the U.S. Court of Appeals for the D.C. Circuit on Plaintiff's appeal of the Court's 47 Order of January 10, 2018. It is further ORDERED that the parties shall file a Joint Status Report within fourteen (14) days of the decision. Signed by Judge Timothy J. Kelly on 1/30/2018. (lctjk1) (Entered: 01/30/2018) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Matthew Joseph Berns (fedprog.ecf@usdoj.gov,
matthew.j.berns@usdoj.gov), Theodore R. Flo (flot@ballardspahr.com), Brianne Jenna Gorod
(brianne@theusconstitution.org), Deepak Gupta (deepak@guptawessler.com,
jon@guptawessler.com, matt@guptawessler.com, nabila@guptawessler.com,
rachel@guptawessler.com, spurlock@guptawessler.com), Anna C. Haac (ahaac@tzlegal.com,
nlaporte@tzlegal.com), Scott A. Keller (cecilia.hertel@oag.texas.gov,
kyle.hawkins@oag.texas.gov, rosio.gonzalez@oag.texas.gov, sabrina.wycolff@oag.texas.gov,
scott.keller@oag.texas.gov), Andrew John Pincus (apincus@mayerbrown.com,
wdc.docket@mayerbrown.com), Carl James Schifferle (carl.schifferle@dc.gov), Brett A.
Shumate (brett.a.shumate@usdoj.gov), Rebecca H Smullin (litfilenotify@citizen.org,
rsmullin@citizen.org), Benjamin Thomas Takemoto (benjamin.takemoto@usdoj.gov), Courtney L.
Weiner (cw@courtneyweinerlaw.com), Judge Timothy J. Kelly (audi_syarief@dcd.uscourts.gov,
christopher_jones@dcd.uscourts.gov, justin_ward@dcd.uscourts.gov,
katrina_harris@dcd.uscourts.gov, tjk_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Charles R. Barber (cbarber@alm.com), Diane K. Bartz
(diane.bartz@reuters.com, michelle.price@thomsonreuters.com,
patrick.rucker@thomsonreuters.com, pete.schroeder@thomsonreuters.com,
washington.breaking@allreleases.net), Henry B. Brownstein (courtnotices@kasowitz.com),
Lydia Davenport (lwheeler@thehill.com), Charles Ethan Enloe (charles.enloe@dot.gov), Kevin
Patrick Flanagan (kevin.flanagan@nlrb.gov), Joshua A. Gerstein (jgerstein@politico.com),
Michael Ralph Gordon (cfra_legal-edge-team@cfraresearch.com), Jessica A. Gresko
(jgresko@ap.org), Andrew M. Harris (aharris16@bloomberg.net, edexheimer@bloomberg.net,
pcox16@bloomberg.net), John A. Hawkinson (jhawk@mit.edu), Spencer S. Hsu
(spencer.hsu@washpost.com), Laura A. Jarrett (laura.jarrett@turner.com), Brent J. Kendall
(brent.kendall@dowjones.com), Lindsey C. Knight (cnnlibraryeditorialresearch@turner.com),
Kelly Brian McClanahan (kel@nationalsecuritylaw.org), Richard E. McKewen
(rmckewen@ftc.gov), Leah A. Nylen (merrion@mlex.com), Joseph R. Palazzolo
(joe.palazzolo@wsj.com), Katelyn Jo Polantz (katelyn.polantz@cnn.com), Todd A. Ruger
(toddruger@cqrollcall.com), Michael A. Scarcella (mscarcella@alm.com), Duncan Norman
Stevens (dstevens@fdic.gov, knorcross@fdic.gov), Angelo Thalassinos
(legal@distressed-debt-investing.com), David Henry Thompson (bbarnes@cooperkirk.com), Zoe
M. Tillman (zoe.tillman@buzzfeed.com), Aruna Viswanatha (aruna.viswanatha@wsj.com), Louis
A. Williams (pete.williams@nbc.com), Leonard Winters (leonard.winters@sig.com), Lorraine
A. Woellert (lwoellert@politico.com), rj (renee_jackson@dcb.uscourts.gov), usca
(clifton_cislak@cadc.uscourts.gov), usca6 (melissa_mckenney_ryan@cadc.uscourts.gov)
--No Notice Sent:

Message-Id:5377458@dcd.uscourts.gov
Subject:Activity in Case 1:17-cv-02534-TJK ENGLISH v. TRUMP et al Order on Motion to Stay
Content-Type: text/html
```

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 1/30/2018 at 5:08 PM EDT and filed on 1/30/2018

| | |
|---|---|
| **Case Name:** | ENGLISH v. TRUMP et al |
| **Case Number:** | 1:17–cv–02534–TJK |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER granting the parties' [50] Joint Motion to Stay Proceedings Pending Appeal. It is hereby ORDERED that this case is STAYED pending a decision from the U.S. Court of Appeals for the D.C. Circuit on Plaintiff's appeal of the Court's [47] Order of January 10, 2018. It is further ORDERED that the parties shall file a Joint Status Report within fourteen (14) days of the decision. Signed by Judge Timothy J. Kelly on 1/30/2018. (lctjk1)**

**1:17–cv–02534–TJK Notice has been electronically mailed to:**

Carl James Schifferle     carl.schifferle@dc.gov

Andrew John Pincus     apincus@mayerbrown.com, wdc.docket@mayerbrown.com

Deepak Gupta     deepak@guptawessler.com, jon@guptawessler.com, matt@guptawessler.com, nabila@guptawessler.com, rachel@guptawessler.com, spurlock@guptawessler.com

Anna C. Haac     ahaac@tzlegal.com, nlaporte@tzlegal.com

Brett A. Shumate     brett.a.shumate@usdoj.gov

Theodore R. Flo     flot@ballardspahr.com

Matthew Joseph Berns     matthew.j.berns@usdoj.gov, fedprog.ecf@usdoj.gov

Scott A. Keller     scott.keller@oag.texas.gov, cecilia.hertel@oag.texas.gov, kyle.hawkins@oag.texas.gov, rosio.gonzalez@oag.texas.gov, sabrina.wycolff@oag.texas.gov

Courtney L. Weiner     cw@courtneyweinerlaw.com

Brianne Jenna Gorod     brianne@theusconstitution.org

Rebecca H Smullin     rsmullin@citizen.org, litfilenotify@citizen.org

Benjamin Thomas Takemoto     benjamin.takemoto@usdoj.gov

**1:17–cv–02534–TJK Notice will be delivered by other means to::**

Daniel Townsend
GUPTA WESSLER PLLC
1900 L Street NW
Suite 312
Washington, DC 20036

Joshua Matz
GUPTA WESSLER PLLC
1900 L Sreet, NW
Suite 312
Washington, DC 20036

Rachel S. Bloomekatz
GUPTA WESSLER PLLC

1148 Neil Avenue
Columbus, OH 43201