## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEANDRA ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-02534-TJK |
| | ) | |
| DONALD J. TRUMP and | ) | |
| JOHN MICHAEL MULVANEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.6(b) of the Local Rules of this Court, Matthew J. Berns hereby

withdraws his appearance as counsel for Defendants.  Defendants will continue to be represented

by other counsel who have entered appearances in this case.

Dated:  February 8, 2018                          Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

 /s/  Matthew J. Berns
MATTHEW J. BERNS (DC Bar # 998094)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8016
matthew.j.berns@usdoj.gov

*Counsel for Defendants*