| | |
|---|---|
| **No. 18-5007** | **September Term, 2017** |
| | 1:17-cv-02534-TJK |
| | Filed On: July 13, 2018 [1740662] |

Leandra English, Deputy Director and
Acting Director, Consumer Financial
Protection Bureau,

      Appellant

    v.

Donald J. Trump, in his official capacity as
President of the United States of America
and John Michael Mulvaney, in his capacity
as the person claiming to be Acting Director
of the Consumer Financial Protection
Bureau,

      Appellees

## M A N D A T E

    In accordance with the order of July 13, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                      BY:    /s/
                                                    Michael C. McGrail
                                                   Deputy Clerk

Link to the order filed July 13, 2018

No. 18-5007 September Term, 2017

1:17-cv-02534-TJK

Filed On: July 13, 2018 [1740659]

Leandra English, Deputy Director and
Acting Director, Consumer Financial
Protection Bureau,

       Appellant

   v.

Donald J. Trump, in his official capacity as
President of the United States of America
and John Michael Mulvaney, in his capacity
as the person claiming to be Acting Director
of the Consumer Financial Protection
Bureau,

       Appellees

   **BEFORE:**   Rogers, Griffith, and Millett, Circuit Judges

# O R D E R

Upon consideration of appellant's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and the case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                   **FOR THE COURT:**
                   Mark J. Langer, Clerk
      BY:   /s/
                   Michael C. McGrail
                   Deputy Clerk