IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANDRA ENGLISH,
        *Plaintiff*,

v.

DONALD J. TRUMP and
JOHN M. MULVANEY,
        *Defendants*.

Case No. 1:17-cv-02534

**Stipulation of Voluntary Dismissal
Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**

    All parties hereby stipulate to the dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs.

Dated: July 18, 2018

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>CHRISTOPHER HALL<br>Assistant Director, Federal Programs Branch<br><br><br>*/s/ Benjamin T. Takemoto*<br>BENJAMIN T. TAKEMOTO<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 532-4252<br>Fax: (202) 616-8470<br>E-mail: benjamin.takemoto@usdoj.gov<br><br>*Attorneys for Defendants* | */s/ Deepak Gupta*<br>DEEPAK GUPTA<br>(D.C. Bar No. 495451)<br>JONATHAN E. TAYLOR<br>JOSHUA MATZ<br>DANIEL TOWNSEND<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>Phone: (202) 888-1741<br>Fax: (202) 888-7792<br>*deepak@guptawessler.com*<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I electronically filed this stipulation through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta